UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CARL KELLY,

    Plaintiff,

v.

P. SULLIVAN, et al.,

    Defendants.

Case No. 19-cv-03084-SI

**JUDGMENT**

This action is dismissed without prejudice to plaintiff asserting his claims in a new complaint for which he pays the full filing fee at the time he files that action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 3, 2019

_____
SUSAN ILLSTON
United States District Judge